**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STEPHEN DAVID TURNER JR. ) | Case No. 19−30883−KLP |
| ) | |
| Debtor ) | |

**SECOND MOTION FOR EXTENSION OF TIME FOR FILING
AMENDED CHAPTER 13 PLAN AND RELATED MOTIONS**

COMES NOW the Debtor, by counsel, and files this Motion to extend the time for the filing of Debtor's Amended Chapter 13 Plan and Related Motions, and in support hereof states unto the Court as follows:

1. On or about December 4, 2019 the Court sustained an objection to the Debtor's original Chapter 13 Plan.

2. Pursuant to LBR 3015-2, the Debtor's Amended Chapter 13 Plan is due December 26, 2019 and the date was extended by court order to January 9, 2020.

3. Debtor's counsel needs additional time to meet with the Debtor to prepare and file an amended Chapter 13 plan.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time for the filing of Debtor's Amended Chapter 13 Plan and Related Motions and for such other relief as the Court may deem appropriate.

James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

Respectfully submitted,

STEPHEN DAVID TURNER JR.
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHEN DAVID TURNER JR. | ) | Case No. 19−30883−KLP |
| | ) | |
| Debtor | ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed a Motion to extend the time for the filing of Debtor's Amended Chapter 13 Plan and Related Motions.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for January 29, 2020 at 701 East Broad Street, Room 5000, Richmond, VA. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

STEPHEN DAVID TURNER JR.
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
James E. Kane

```
PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                            AMERICAN ANESTHESIOLOGY OF VA        BANK OF AMERICA
  LABEL MATRIX FOR LOCAL NOTICING    ATTN BANKRUPTCY                      4909 SAVARESE CIRCLE
04223                                PO BOX 535386                        FL1-908-01-50
CASE 19-30883                        ATLANTA GA 30353-5321                TAMPA FL 33634-2413
EASTERN DISTRICT OF VIRGINIA
RICHMOND
FRI FEB 22 11-05-21 EST 2019


BON SECOURS                          CAPITAL ONE                          CBE GROUP
PO BOX 409601                        ATTN BANKRUPTCY                      PO BOX 2635
ATLANTA GA 30384-9601                PO BOX 30285                         WATERLOO IA 50704-2635
                                     SALT LAKE CITY UT 84130-0285


CHRIS  WELL INSTALLER                DINWIDDIE COUNTY TREASURER           DINWIDDIE COUNTY TREASURER
7518 BELMONT STAKES DR               14016 BOYDTON PLANK ROAD             P O BOX 178
MIDLOTHIAN VA 23112-6125             DINWIDDIE VA 23841-2500              DINWIDDIE VA 23841-0178


DIVISION OF CHILD SUPPORT ENFORCEMENT JOHN P FITZGERALD III               GREAT AMERICAN FINANCE
BANKRUPTCY UNIT                      OFFICE OF THE US TRUSTEE   REGION 4 R ATTN BANKRUPTCY
2001 MAYWILL STREET STE 200          701 E BROAD STREET STE 4304          20 N WACKER DR SUITE 2275
RICHMOND VA 23230-3236               RICHMOND VA 23219-1849               CHICAGO IL 60606-1294


EXCLUDE                              PROFESSIONAL ACCOUNT MGMT LLC        RAINBOW REALTY
JAMES E KANE                         PO BOX 785                           105 CHISMAN CIRCLE
KANE  PAPA PC                        MILWAUKEE WI 53201-0785              SEAFORD VA 23696-2627
1313 EAST CARY STREET
PO BOX 508
RICHMOND VA 23218-0508


SOUTHSIDE ELECTRIC COOP              ST MARYS HOSPITAL                    TTFROS14
ATTN BANKRUPTCY                      P O BOX 409553                       PO BOX 1280
1712 W VIRGINIA AVE                  ATLANTA GA 30384-9553                OAKS PA 19456-1280
CREWE VA 23930-1049


                                                                          DEBTOR
TOUCHSTONE BANK                      TRANSWORLD SYS                       STEPHEN DAVID TURNER JR
800 N MECKLENBURG AVE                500 VIRGINIA DR                      3283 OLD NOTTOWAY RD
SOUTH HILL VA 23970-1522             STE 514                              BLACKSTONE VA 23824-4041
                                     FORT WASHINGTON PA 19034-2707


UST SMG RICHMOND                     VECTOR SECURITY                      VERIZON BK
OFFICE OF THE U S TRUSTEE            2805 NORTH PARHAM ROAD               3601 CONVERSE DR
701 EAST BROAD ST SUITE 4304         SUITE 500                            WILMINGTON NC 28403-6182
RICHMOND VA 23219-1849               HENRICO VA 23294-4453


VERIZON WIRELESS                     VIRGINIA CREDIT UNION                VIRGINIA CU
PO BOX 25505                         ATTN BANKRUPTCY                      ATTN BANKRUPTCY DEPARTMENT
LEHIGH VALLEY PA 18002-5505          PO BOX 90010                         PO BOX 90010
                                     RICHMOND VA 23225-9010               RICHMOND VA 23225-9010
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
VIRGINIA CU                        VIRGINIA DEPT OF TRANSPORT BK
PO BOX 90010                       1401 E BROAD STREET
RICHMOND VA 23225-9010             RICHMOND VA 23219-2000
```